EPSTEIN BECKER & GREEN, P.C.
Evan J. Spelfogel (ES-9087)
250 Park Avenue
New York, New York  10177-0077
Tel: (212) 351-4500
Fax: (212) 661-0989
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| RAJIV GARG, | : | |
|---|---|---|
| Plaintiff, | : | 05 CV 5556 (LTS)(DFE) |
| - v. - | : | **NOTICE OF MOTION TO DISMISS** |
| WINTERTHUR, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 12(b)(2), (3), (4) and (5) of the Federal Rules of Civil Procedure, and based on the accompanying Memorandum of Law, the accompanying Affidavit of Doris Supanz, and the pleadings in this action, defendant Winterthur Life (improperly named in the Verified Complaint as "Winterthur"), through its attorneys, Evan J. Spelfogel, Epstein, Becker & Green, P.C., will move this Court before the Honorable Laura Taylor Swain, at the United States Courthouse, 40 Centre Street, on a date to be determined by the Court, for an Order dismissing the Verified Complaint in its entirety, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
        August 26, 2005

EPSTEIN BECKER & GREEN, P.C.

By:    s/Evan J. Spelfogel
       Evan J. Spelfogel (ES-9087)
       250 Park Avenue
       New York, New York  10177
       (212) 351-4500
       Attorneys for Defendant

NY:691780v1